UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Diedra L. Anderson             :    Chapter 13
                                       :
                  Debtor               :    Bankruptcy No. 12-12285-MDC
                                       :

### Order to Vacate Wage Attachment Order

AND NOW, this  17th  day of  November  , 2016, upon consideration of the Debtor's Application to Vacate Wage Attachment Order signed on April 12, 2012 and entered on the docket on April 16, 2012 is hereby vacated.

BY THE COURT

_____
Hon. Magdeline D. Coleman        J.
United States Bankruptcy Judge