United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Diedra L Anderson  
    Debtor

Case No. 12-12285-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Nov 17, 2016  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2016.
       +Woods Srvs.,   Human Resources Dept.,   Rte. 413 & Rte. 213,   PO Box 36,   Langhorne, PA 19047-0036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2016 at the address(es) listed below:
         JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com  
         JEFFERY A. FOURNIER    on behalf of Debtor Diedra L Anderson jefffournier@verizon.net  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         LOUIS P. VITTI    on behalf of Creditor    PNC Mortgage, a division of PNC Bank, N.A. jennifer@vittilaw.com, tiffany@vittilaw.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Diedra L. Anderson | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No. 12-12285-MDC |
| | : | |

### Order to Vacate Wage Attachment Order

AND NOW, this 17th day of November, 2016, upon consideration of the Debtor's Application to Vacate Wage Attachment Order signed on April 12, 2012 and entered on the docket on April 16, 2012 is hereby vacated.

BY THE COURT

_Magdeline D. Coleman_
Hon. Magdeline D. Coleman    J.
United States Bankruptcy Judge