**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Diedra L Anderson <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 12-12285 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2634

                                       Respectfully submitted,

                                       **/s/Thomas Puleo, Esquire**
                                       Thomas Puleo, Esquire
                                       Brian C. Nicholas, Esquire
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 825-6306  FAX (215) 825-6406