United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-12285-mdc
Diedra L Anderson                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 2              Date Rcvd: Feb 17, 2017
                             Form ID: 138NEW          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2017.
```
db             +Diedra L Anderson,    1252 Marie Lowe Drive,    Bristol, PA 19007-3414
12716259       +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
12699986      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,     PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:  Americredit Financial Services, Inc.,     PO Box 183853,
                 Arlington TX 76096)
12695457       +AmeriCredit,    P. O. Box 183123,    Arlington, TX 76096-3123
12695456       +American Education Services,    P. O. Box 2461,    Harrisburg, PA 17105-2461
12695458       +Aqua PA,    762 W. Lancaster Avenue,    Bryn Mawr, PA 19010-3402
12695460       +Berkheimer,    P. O. Box 912,    Bangor, PA 18013-0912
12695472      ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court:  T-Mobile,     P. O. Box 742596,    Cincinnati, OH  45274)
12695462        Duke Energy,    PO Box 9001076,    Louisville, KY  40290
12768912        ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
12695463       +Financial Recoveries,    PO Box 1388,    Mt. Laurel, NJ 08054-7388
12695465       +GM Financial Company, Inc.,    P. O Box 183123,    Arlington, TX 76096-3123
13041085       +Jeffery A. Fournier, Esquire,    Fournier Law Offices,    2480-B Durham Road,
                 Bristol, PA 19007-6902
12695466       +National City Mortgage Company,    PO Box 533510,    Atlanta, GA 30353-3510
12695468       +North Shore Agency, Inc,    Verizon Wireless,    PO Box 17464,    Baltimore, MD 21297-1464
12695469       +PECO  Energy,    P. O. Box 37629,    Philadelphia, PA 19101-0629
12695470       +PECO Energy - Payment Processing,    PO Box 37629,    Philadelphia, PA 19101-0629
13756639       +PNC Bank N.A.,    c/o Joshua I. Goldman, Esq.,    KML Law Group P.C.,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
13839161       +PNC Bank NA,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
12709749       +PNC Mortgage, a division of PNC Bank, N.A.,     c/o Vitti & Vitti & Associates, P.C.,
                 215 Fourth Avenue,    Pittsburgh, PA 15222-1707
12695471       +Rickart Collection Systems, Inc,    575 Milltown Road,    PO Box 7242,
                 North Brunswick, NJ 08902-7242
12784922        Verizon,    PO BOX 3037,    Bloomington, IL 61702-3037
12784923        Verizon Online,    PO BOX 3243,    Bloomington, IL 61702-3243
12695473       +Verizon Wireless,    PO Box 25505,    Lehigh Valley, PA 18002-5505
12754238        eCAST Settlement Corporation, assignee,    of HSBC Bank Nevada and its Assigns,    POB 35480,
                 Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Feb 18 2017 02:37:19      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 18 2017 02:36:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 18 2017 02:36:39      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2017 02:29:00
                 Midland Funding LLC by American InfoSource LP as a,     Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
12765429       +E-mail/Text: g17768@att.com Feb 18 2017 02:35:04      % AT&T Services, Inc,    James Grudus, Esq.,
                 One AT&T Way, Room 3A218,    Bedminster, NJ 07921-2693
12695455       +E-mail/Text: g17768@att.com Feb 18 2017 02:35:03      A T & T,    PO Box 8100,
                 Aurora, IL 60507-8100
12695459       +E-mail/Text: g20956@att.com Feb 18 2017 02:37:27      AT & T Mobility,    P. O. Box 537104,
                 Atlanta, FA 30353-7104
12695461       +E-mail/Text: clientrep@capitalcollects.com Feb 18 2017 02:37:44      Capital Collection Service,
                 PO Box 150,    West Berlin, NJ 08091-0150
12700308       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 18 2017 02:28:55
                 East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                 Greenville, SC 29603- 29602-0288
12695464       +E-mail/Text: data_processing@fin-rec.com Feb 18 2017 02:35:20
                 Financial Recovery Services, Inc,    PO Box 385908,    Minneapolis, MN 55438-5908
13028218        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2017 02:29:35      Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
12695467       +E-mail/Text: bankruptcydepartment@tsico.com Feb 18 2017 02:37:33      NCO Financial Systems,
                 PO Box 17095,    Wilmington, DE 19850-7095
                                                                                              TOTAL: 12
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0313-2           User: Randi                Page 2 of 2                  Date Rcvd: Feb 17, 2017
                               Form ID: 138NEW            Total Noticed: 37

cr*          ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   AmeriCredit Financial Services, Inc.,    PO Box 183853,
               Arlington, TX  76096)
cr*           ECMC,    PO Box 16408,    St. Paul, MN  55116-0408
cr*           Midland Funding LLC by American InfoSource LP as a,     Attn: Department 1,    PO Box 4457,
               Houston, TX  77210-4457
13028910*     Midland Funding LLC,    by American InfoSource LP as agent,     Attn: Department 1,    PO Box 4457,
               Houston, TX  77210-4457
                                                                                             TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JEFFERY A. FOURNIER    on behalf of Debtor Diedra L Anderson jefffournier@verizon.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LOUIS P. VITTI    on behalf of Creditor    PNC Mortgage, a division of PNC Bank, N.A.
               jennifer@vittilaw.com,  tiffany@vittilaw.com
              THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                 TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Diedra L Anderson
        Debtor(s)                              Bankruptcy No: 12–12285–mdc
                                                Chapter: 13

_____

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                      For The Court

                                                      Timothy B. McGrath
                                                      Clerk of Court

Dated: 2/17/17

                                                                                      113 – 112
                                                                    Form 138_new