From: USBankruptcyCourts@noticingcenter.com
Subject: U.S. Bankruptcy Court, Eastern District of Pennsylvania - Returned Mail Notice, In re: Diedra L Anderson, Case Number: 12-12285, mdc, Ref: [p-105103032]
Date: February 28, 2017 at 4:20 PM
To: jefflournier@verizon.net

Notice of Returned Mail to Debtor/Debtor's Attorney

February 28, 2017

From: United States Bankruptcy Court, Eastern District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Diedra L Anderson, Case Number 12-12285, mdc

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Philadelphia
900 Market Street
Suite 400
Philadelphia, PA 19107**

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Duke Energy
PO Box 9001076
Louisville, KY 40290

THE UPDATED ADDRESS IS:

550 South Tryon Street
Charlotte, NC 28202

_____            3-1-2017
Signature of Debtor or Debtor's Attorney        Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: Deedra L. Anderson
    Debtor(s)

Bankruptcy No. 12-12285-mdc
Chapter: 13

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court.

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/17/17